IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

WILLIAM THOMAS SPENCER

Criminal No. 17-92

[UNDER SEAL]

ARRAIGNMENT PLEA

Defendant WILLIAM THOMAS SPENCER

being arraigned, pleads NOT GUILTY

in open Court this _____4th_____ day of

___April___ , 20 17

X _____
(Defendant's Signature)

_____
(Attorney for Defendant)