# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
Plaintiff )
)
vs. ) No. 2:17-cr-00092-DSC-1
)
WILLIAM THOMAS SPENCER )
Defendant )

## HEARING ON DETENTION

*Katie King for*

Before Magistrate Judge Cynthia Reed Eddy

Timothy Michael Lanni
Appear for Plaintiff

Meagan F. Temple
Appear for Defendant

Hearing begun 4/4/2017 @ 2:34pm          Hearing adjourned to _____

Hearing concluded C.A.V. 4/4/2017 @ 3:34pm   Stenographer _Barbara Leo_

## WITNESSES:

For Plaintiff                            For Defendant

Government witness Ryan Rennig, Special Agent ATF
Government Exhibits 1,2,3 admitted
Defense witness Jayne Mason
Government argument
Defense argument
Defendant ordered to be detained
Order of Detention to be entered

Exhibits returned to counsel.