**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:17cr00092 |
| | ) | **Electronic Filing** |
| **WILLIAM THOMAS SPENCER** | ) | |

## ORDER OF COURT

AND NOW, this 3rd day of November, 2017, defendant having moved to reinstate and extend the deadline for pretrial motions, IT IS ORDERED that the status conference with counsel previously set for Monday, November 6, at 4:00 PM is cancelled.

                                                  s/David Stewart Cercone
                                                  David Stewart Cercone
                                                  United States District Judge

cc:    Timothy Michael Lanni, AUSA
         Meagan F. Temple, Esquire

         (*Via CM/ECF Electronic Mail*)