IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v. )<br>)<br>**WILLIAM THOMAS SPENCER** )<br>) | 2:17cr00092<br>**Electronic Filing** |

### CHANGE OF PLEA

AND NOW, this 6th day of September, 2018, the defendant, WILLIAM THOMAS SPENCER, in the above entitled case hereby withdraws his plea of not guilty entered on April 4, 2017, and now pleads guilty in open court to Counts 1, 2 and 3.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)