# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2:17-cr-0092 |
| v. ) | |
| ) | |
| WILLIAM THOMAS SPENCER, ) | |
| ) | |
| Defendant. ) | |

### POSITION WITH RESPECT TO SENTENCING FACTORS

COMES NOW, the defendant, WILLIAM THOMAS SPENCER, by and through counsel, Meagan F. Temple, and files the following Position With Respect to Sentencing Factors. In support thereof the defendant states:

1. The defendant has reviewed the Presentence Investigation Report and has no objections.

2. The defendant will present one or two character witnesses at sentencing in mitigation of the offense.

3. The defendant will ask the Court to vary down from the Guidelines on the count related to possession with intent to deliver on the basis of the 18 U.S.C. §3553(a) factors, specifically, the defendant's age, history of drug dependence, lack of significant criminal history and policy considerations, as well as the fact the federal statute requiring a five-year consecutive mandatory minimum sentence results in a sentence that overstates the seriousness of the totality of

the conduct given Mr. Spencer's lack of criminal history.

                                                                Respectfully submitted,

                                                         /s/  Meagan F. Temple, Esq.
PA ID #92084

TEMPLE & FRAYER, LLC
2400 Ansys Drive
Suite 102
Canonsburg, PA  15301

Tel.:  (412) 439-1758
Fax:  (412) 202-5636
Email:  mtemple@frayerlaw.com