Re: U.S. V. Spencer, Case No. 2:17-cr-00092

I pray and respectfully request to file a 2241 motion to vacate, set aside, or correct sentence due to the coronavirus (covid-19) pandemic. While being a resident at Elkton Ohio I have had internal bleeding also brain inflammation which are both in my medical files. I was sentenced to 78 months which I now completed 39 months which is more than 50% of 78 months when you only do 70 months with good time. If that doesn't meet the correct standards I pray and respectfully request to file a motion for a compassionate release or clemency. I Thomas William Spencer case number 2:17-cr-00092 was sentenced to 78 months not death. Also, Johnny Desilva was put back in my cell after being on a ventilator for 20-30 days which gave me covid-19 symptoms he also was let out of quarantine 9 days early due to the power he has on this compound he is a Latin king. Please help Judge Cercone your honor. I am 21 years of age. My dad owns

A construction company I pray to just have a second chance at life. I give my consent to get my medical records. I sat in quarantine for 24 days which should of only been 21. Then, I tested negative twice while in isolation and now I am on a unit full of positive for (Covid-19) inmates unit. It seems as if someone (BOP) or the Elkton prison is trying to murder me. Also there are over 600 Covid-19 cases including 50 staff members or more and 20 deaths. F.C.I Elkton is almost the worst prison during this pandemic.



U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Institution

Elkton, Ohio 44415

Date: May 22, 2020

Reply to
Attn of: Mark K. Williams, Warden

Subject: Compassionate Release/Reduction in Sentence

To: Spencer, William Thomas
Reg. No. 38387-068
Unit CA

This is in response to your request for a reduction in sentence (RIS) based on underlying health issues and concerns about COVID-19.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g)</u>, provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance. Health Services staff have reviewed your medical records and determined you do not meet the criteria for a compassionate release/reduction in sentence at this time.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence. Accordingly, your RIS request is denied at this time.

NAME: Thomas Spence
REG.# 33387-068
Federal Correctional Institution Elkton
P.O. Box 10
Lisbon, Ohio 44432

Judge Cercone
Pittsburgh, PA 15219.
Grant Street, room 3110
house number 700