Thomas Spencer #38387-068
F.C.I Elkton (Low)
P.O. Box 10
Lisbon, Ohio. 44432

June 11, 2020

Re: U.S. v. Spencer Case No. 2:17-cr-00

Clerk of Court Office
700 Grant Street, Room 3110
Pittsburgh, PA. 15219

FILED
JUN 23 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Dear Clerk,

I pray and respectfully request to file a motion for cruel and unusual punishment, compassionate release, and reduction in sentence. On June 8th, 2020 I was brought out of isolation which I spent 24 days doing so, which I tested negative 2 times in a row. On June 8th I was put on a positive unit with sick inmates and I tested negative 2 times already. Then sometime around the beginning of May Johnny DeSilva 026 was put in my cell 4 days early on his isolation date because of unit team (McGowan). It's like someone is trying to murder me excuse my language. I Thomas William Spencer 068 was sentenced to 78 months not death. I have been in jail since March 31st, 2017 so that is about 38 months which is more or just on the spot of 50% of my time. Please to whom this may concern help me and keep my family in safe hands. I would like to request for a lawyer/public defender for the reason that I am indigent. Also for the First Step Act I was sentenced to 78 months which 18 months were for "crack cocaine" (20.4) grams which I also would like to vacate, set aside, or correct sentence. This is my first case ever I do not want to die your honor.

Respectfully submitted,
/s/ Thw W

Thomas Spencer #38387-068