IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | Criminal No. 17-92 |
| | ) | |
| WILLIAM THOMAS SPENCER, | ) | |
| Defendant. | ) | |

## ORDER APPOINTING COUNSEL

AND NOW, this 19th day of August, 2020,

IT IS ORDERED that the Court, upon a showing that the defendant is financially unable to employ counsel and does not wish to waive his right to the appointment of counsel, hereby appoints Attorney Adrian Roe as CJA counsel for defendant William Thomas Spencer pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. §3006A as to the Motion for Release/Reduced Sentence pursuant to CARES and/or First Step Act.

This appointment is effective August 18, 2020.

s/David S. Cercone
Senior United States District Judge

cc:   Nicole A. Vasquez Schmitt, AUSA
      Timothy Michael Lanni, AUSA
      Cindy K. Chung, AUSA
      Lee J. Karl, AUSA
      Adrian Roe, Esquire

WILLIAM THOMAS SPENCER
# 38387-068
FCI ELKTON
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 10
LISBON, OH  44432


(*Via CM/ECF Electronic Mail & first class mail*)