UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extended Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release. By "assistance of counsel," I understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release.

*The defendant will reside at a Residential Reentry Center, such as the Renewal Center Inc., for a period not to exceed 180 days, or until discharged by the Probation Office. The defendant shall observe the rules of the facility, and the subsistence fee owed to the Residential Reentry Center will be waived in full, as opposed to the previously established 25% of gross income for subsistence payments.*

Witness: _____    Signed: _____
Christopher J Thompson                                           William Thomas Spencer
U.S. Probation Officer                                                 Supervised Releasee

_____1-3-23_____
Date