# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

### Petition for Modifying the Conditions or Term of Supervision
### with Consent of the Person Under Supervision
### (Probation Form 49, Waiver of Hearing is Attached)

Person Under Supervision:  William Thomas Spencer          Case Number: 2:17CR00092-001

Name of Sentencing Judicial Officer: The Honorable David Stewart Cercone
Senior United States District Judge

Date of Original Sentence: March 21, 2019

Original Offense: <u>Count One</u>-Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C);
<u>Count Two</u>-Possession with Intent to Distribute Heroin, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); and
<u>Count Three</u>-Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

Original Sentence: 78 months of imprisonment, followed 3 years of supervised release.

Type of Supervision: Supervised Release          Date Supervision Projected to Commence: January 4, 2023
Projected Expiration Date: January 4, 2026

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

*The defendant will reside at a Residential Reentry Center, such as the Renewal Center Inc., for a period not to exceed 180 days, or until discharged by the Probation Office. The defendant shall observe the rules of the facility, and the subsistence fee owed to the Residential Reentry Center will be waived in full, as opposed to the previously established 25% of gross income for subsistence payments.*

### <u>Justification</u>

The defendant is scheduled to be released from Renewal Inc. on January 4, 2023 and commence supervised release on that same date.  The defendant has no viable home plan, or approved residence, to be released to on January 4, 2023.  Accordingly, the defendant's placement in Renewal Inc. should be extended until such time that he can be released to an approved residence to commence supervised release.

William Thomas Spencer
2:17CR00092-1

**U.S. Probation Officer Action:**

The defendant has agreed to the proposed modification of supervised release and signed a *Waiver of Hearing to Modify Conditions of Probation/Supervised Release*.  The Waiver of Hearing and an Order on Petition to Modify Conditions or Term of Supervision are attached for the Court's consideration. Should the Court prefer a different course of action, please contact the undersigned officer.

Respectfully submitted,                          Approved,

by _____  Christopher J. Thompson          by _____  Alexis L. Zellefrow
                        2023.01.03 10:41:14 -05'00'                                2023.01.03 10:40:28 -05'00'

Christopher J. Thompson                           Alexis Zellefrow
U.S. Probation Officer                            Supervisory U.S. Probation
                                                  Officer
Date: January 3, 2023                             Date: January 3, 2023

_____

**THE COURT ORDERS:**
☐ No Action
☐ The extension of supervision as noted above.
☒ The modification of conditions as noted above.
☐ Other:

_____s/David Stewart Cercone_____          _____1/3/2023_____
The Honorable David Stewart Cercone                    Date
Senior U.S. District Judge